An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEAN TORKELSON,
                Appellant,

vs.

MAUREEN TORKELSON,
                Respondent.

No. 68054

**FILED**

OCT 0 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Linda Marquis, District Judge, Family Court Division
       Bellon & Maningo, Ltd.
       Steinberg Law Group
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-30370